UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SAULO MESA, ET AL,

                Plaintiffs,

vs.                                                         Case No. 2:07-cv-47-FtM-36DNF

AG-MART PRODUCE, INC.,

                Defendant.
_____

JAVIER DIAZ-MORALES, individually and on behalf of all other persons similarly situated; JOEL ALVAREZ individually and on behalf of all other persons similarly situated; ISMAEL DIAZ individually and on behalf of all other persons similarly situated; CRISTINO JUAREZ individually and on behalf of all other persons similarly situated; MANUEL FLORES individually and on behalf of all others similarly situated; MARCELO FLORES individually and on behalf of all others similarly situated; ADELA BRAVO MACEDO individually and on behalf of all others similarly situated; MARCELINA VENTURA individually and on behalf of all others similarly situated,

                Plaintiffs,

vs.                                                         Case No. 2:08-cv-844-FtM-36SPC

AG-MART PRODUCE, INC.,

                Defendant.
_____

PABLO ROJAS-CRISTOBAL; ALFREDO ARISTEO-AGUSTIN; MARIA GABRIEL-ANTONIO individually and on behalf of all other persons similarly situated,

                Plaintiffs,

vs.                                                                                                              Case No.  2:09-cv-386-FtM-36SPC

AG-MART PRODUCE, INC.,

               Defendant.
_____

JAIME CHAVEZ-GUILLERMO; IRMA ANDRES-HERNANDEZ; APOLINAR DEJESUS; RODRIGO ROJAS-CRISTOBAL,

               Plaintiffs,

vs.                                                                                                              Case No.  2:09-cv-387-FtM-36SPC

AG-MART PRODUCE, INC.,

               Defendant.
_____

DELFINO MORALES-CERVANTES, Individually and on behalf of all other persons similarly situated,

               Plaintiffs,

vs.                                                                                                              Case No.  2:10-cv-69-FtM-36SPC
                                                                                    (formerly: 3:05-cv-1275-J-25HTS)

AG-MART PRODUCE, INC.,

               Defendant.
_____

ELOY RENTERIA-MARIN, SIMON GALINDO-HILARIO, ANSELMO FUENTES-ZAVALA, DELFINO MORALES-CERVANTES, RAFAEL DE LA CRUZ-GARCIA, on behalf of himself and all others similarly situated,

               Plaintiffs,

vs.                                                                                                              Case No.  2:10-cv-128-FtM-36SPC
                                                                                     (formerly: 3:01-cv-1392-J-25MCR)

AG-MART PRODUCE, INC., and GREEN STRIPE, INC.,

           Defendants.
_____

MARINO PEREZ-ALVINO, on behalf of himself and all others similarly situated,

           Plaintiffs,

vs.                                                Case No. 2:10-cv-129-FtM-36DNF
                                                     (formerly: 3:02-cv-627-J-25MCR)

AG-MART PRODUCE, INC. and GREEN STRIPE, INC.,

           Defendants.
_____

ANTONIO VASQUEZ, on behalf of himself and all others similarly situated,

           Plaintiffs,

vs.                                                Case No. 2:10-cv-130-FtM-36SPC
                                                       (formerly: 3:07-cv-119-J-25TEM)

AG-MART PRODUCE, INC.,

           Defendant.
_____

# JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Opinion and Order entered on November 19, 2010, the terms of the settlement contemplated herein are found in the Settlement Agreement and Release of Claims (Doc. #65-1) previously filed with the Court and as set out herein, the terms of which are incorporated herein and made a part hereof as set forth below.

The Defendants have complied with their notice obligations under the Class Action Fairness Act of 2005, and no federal or state officials have appeared or objected to this settlement.

**FURTHER IT IS ORDERED,** that the total Settlement Funds to be available for payments under the Agreement to all Claimants including individual Plaintiffs, Claimants' Counsel, and the Administrator hired by Claimants' Counsel shall be **no less than Seven Hundred Fifty Thousand Dollars ($750,000.00)**. Of these minimum Settlement Funds, **Three Hundred Fifty Thousand Dollars ($350,000.00)** shall be allocated to attorney's fees and costs of litigation of Claimants' Counsel and the salary for and expenses of the previously described Administrator who will review claims, manage and make the notices and advertisements to Claimants, make payments to Claimants, and make and provide records of those actions to counsel for Defendants. The agreed total Settlement Funds shall be no more than **One Million Two Hundred Fifty Thousand Dollars ($1,250,000.00)**. If the total dollar value of all claims against the maximum Settlement Funds available for payments to Claimants, including individual Plaintiffs, exceeds **Nine Hundred Thousand Dollars ($900,000.00)**, the respective Claimants, including individual Plaintiffs, will be paid a *pro rata* share of their respective claim value based on the above specified payment amount for each lawsuit.

The sum of **Two Hundred Ninety Thousand Dollars ($290,000.00)** of the total minimum Settlement Fund of Seven Hundred Fifty Thousand Dollars ($750,000.00) shall be payable jointly to Migrant Farmworker Justice Project, Florida Legal Services, Inc., and Paul L. Strauss, Esquire, to resolve all claims that either and both of them have relating to matters resolved by this Agreement, for attorney's fees and costs, including salaries of attorneys and staff employed by them in the Lawsuits, in connection with seeking judicial approvals of the settlements in the Lawsuits covered by this Agreement, and in connection with all processes associated with carrying out the processes and intent of the Agreement.

This action is hereby **DISMISSED WITH PREJUDICE**, except to reserve jurisdiction to enforce the terms of the settlement agreement and the Opinion and Order.

Date:   November 23, 2010

SHERYL L. LOESCH, CLERK

By: /s/ Samantha Blake, Deputy Clerk

c:  All parties and counsel of record